# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————————

No. 1D19-1027

————————————————————

DENISE M. STOCKER,

Appellant,

v.

RONALD E. SHOLES, P.A.,

Appellee.

————————————————————

On appeal from the Circuit Court for Duval County.
Tyrie W. Boyer, Judge.

October 30, 2019

PER CURIAM.

AFFIRMED.

LEWIS, OSTERHAUS, and KELSEY, JJ., concur.

————————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

————————————————————

Denise M. Stocker, pro se, Appellant.

Joseph S. Miller of Ronald E. Sholes, P.A., Jacksonville, for Appellee.